UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>VETS SECURING AMERICA, INC.,<br><br>*Defendant.* | Case No. 5:24-cv-0794<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice as against Vets Securing America, Inc. ("VSA"). VSA has not answered or moved for summary judgment.

Dated: February 25, 2025

Respectfully submitted,

_____
Steven M. Shepard
Stephen Shackelford, Jr.
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document via electronic mail to the following:

Erin M. Van De Walle
Assistant United States Attorney
Western District of Texas
Erin.Van.De.Walle@usdoj.gov

                                                          */s/* Steven M. Shepard
                                                          Steven M. Shepard