UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC | § § § § | |
| *Plaintiffs*, | § | SA:24-CA-0794-XR |
| v. | § § | |
| VETS SECURING AMERICA, INC. | § § § | |
| *Defendant* | § | |

### UNITED STATES' NOTICE OF CONSENT TO VOLUNTARY DISMISSAL

On February 24, 2025, undersigned counsel informed the Court of the United States' Election to Decline Intervention. In its Notice of Election to Decline Intervention, the United States referred the Court to 31 U.S.C. § 3730(b)(1) and requested in the event either the Relator or Defendant proposed this action be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United Sates before ruling or granting its approval.

Counsel for the Relator, Verity Investigations LLC, has informed the United States of its intent to seek voluntary dismissal in this action. On February 25, 2025, undersigned counsel received a copy of the Relator's Notice of Voluntary Dismissal in this matter.

The United States respectfully informs the Court of its consent to voluntary dismissal of this matter without prejudice to the United States and would respectfully request the Court Order the action voluntarily dismissed without prejudice to the United States.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 27, 2025 | MARGARET F. LEACHMAN<br>Acting United States Attorney<br>Western District of Texas |
|  | _____<br>ERIN M. VAN DE WALLE<br>Assistant United States Attorney<br>Fl Bar No. 0099871<br>601 NW Loop 410 Suite 600<br>San Antonio, Texas 78216<br>Tel: (210) 384-7320<br>Fax: (210) 384-7322<br>Erin.Van.De.Walle@usdoj.gov |
|  | *Attorneys for the United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I caused the foregoing United States' Notice of Consent to Voluntary Dismissal to be served by electronic mail upon identified counsel for Verity Investigations LLC.

/s/ *Erin M. Van De Walle*
ERIN M. VAN DE WALLE
Assistant United States Attorney